## UNITED STATE DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALLIANZ GLOBAL RISKS US INSURANCE COMPANY A/S/O CTF HOLDINGS, LTD | * * * |
| Plaintiff, | * * |
| v. | * * |
| VIPER AIR, INC. | * * |
| and | * Case No: 1:21-cv-2441 |
| TRION, INC. | * * * |
| and | * * |
| JOHNSON CONTROLS, INC. | * * |
| Defendants. | * |

*************************************************************************

## **NOTICE OF VOLUNTARY DISMISSAL**

COMES NOW Plaintiff, ALLIANZ GLOBAL RISKS US INSURANCE COMPANY as subrogee of CTF HOLDINGS, LTD, by and through undersigned counsel, and pursuant to FRCP 41(a)(1)(A)(i), hereby voluntarily dismisses this matter WITHOUT prejudice.

Respectfully submitted

MATTHEW CARLSON LAW

 //Matthew W. Carlson//
Matthew W. Carlson, #448905
P.O. Box 5775
Arlington, VA  22205
(703) 609-5944
mwc@matthewcarlsonlaw.com

*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing Notice of Voluntary Dismissal was sent via first class mail, this 14th day of October, 2021, to:

Viper Air, Inc.
19840 Graystone Road
Whitehall, MD 21161

Trion, Inc.
101 McNeill Road
Sanford, NC  27330

Johnson Controls, Inc.
c/o CT Corporation
4701 Cox Road
Suite 285
Glen Allen, VA  23060

                                              //  Matthew W. Carlson //
                                              Matthew W. Carlson